November 5, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JEFF WATERS, Appellant

NO. 14-15-00888-CV                              V.

TEXAIR VENDING, LLC AND MARK RUTOWSKI, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on October 6, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jeff Waters.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.